CARL H. CHAPMAN v. PASCO PACKING ASSOCIATION, a Florida corporation for the use and benefit of LILLIE KATE HAYES, and ACCIDENT AND CASUALTY INSURANCE COMPANY, a corporation.

26 So. (2nd) 508                             June Term, 1946
June 18, 1946                                   Division A

*Cooper & Cooper,* for appellant.
*Shackleford, Farrior & Shannon,* for appellee.

PER CURIAM:

This appeal presents the one claim that the court erred in not charging on the doctrine of last clear chance. The contention is without merit because there was no evidence that deceased had any knowledge or appreciation of the impending danger created by defendant's negligence. The judgment is affirmed.

CHAPMAN, C. J., TERRELL, BUFORD and ADAMS, JJ., concur.

GERTRUDE GOLDMAN, Petitioner, v. MORRIS GOLDMAN, Respondent.

June 21, 1946                                   Division B
Rehearing denied July 9, 1946

Certiorari denied.

ED HALL, Appellant, v. STATE OF FLORIDA, Appellee

June 21, 1946                                   Division A

The judgment appealed from is affirmed.

CLYDE ANDREW MOORE, Appellant v. STATE OF FLORIDA, Appellee.

June 25, 1946                                   En Banc

Affirmed.